# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

CHAMBERS OF
**WAYNE R. ANDERSEN**
JUDGE

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
(312) 435-7619

April 16, 2008

Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:   2007 Financial Disclosure

Dear Judge Lisi:

Please accept this letter to complete my 2007 Financial Disclosure Report.  My
███████████ is a ██████████████████████████ employer is the ███████
███

Sincerely,

Wayne R. Andersen

WRA/ajc

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**CHAMBERS OF**
**WAYNE R. ANDERSEN**
JUDGE

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
(312) 435-7619

June 13, 2008

Mr. Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2008 JUN 18 A 10: 31 FINANCIAL DISCLOSURE OFFICE

Re:  Calendar Year 2007 Filing

Dear Mr. Smith:

Enclosed is my amended Financial Disclosure Report for 2007 dated June 13, 2008.   In further explanation for the omission of McData from my investments, I offer the following:

"McData common stock" was not listed in the 2007 Disclosure Report in error.  In January of 2008 McData Corp. was 'exchanged' in lieu of cash for Brocade Communications Systems Inc.  McData did not appear as an equity on my year-end summary from my investment management company so it was inadvertently not listed.

In response to your letter dated June 9, 2008, as clarification to the Committee for my 2006 Financial Disclosure Report dated 2/15/2007, a detailed explanation as requested is below.

Part VII, Page 1, line 11 "Motorola Inc." shares were sold in their entirety.

Part VII, Page 2, line 16 "Pixar Inc." shares were sold in their entirety.

Part VII, Page 2, line 17 "Intermune Pharmaceuticals" shares were sold in their entirety.

PartVII, Page 2, line 18 "Amazon.com, Inc." shares were sold in their entirety.

Part VII, Page 2, line 19 "Nuveen Investments Inc." was a partial sale.

Part VII, Page 2, line 20 "Chicos Fas Inc." shares were sold in their entirety.

Part VII, Page 2, line 21 "Marvel Entertainment Inc." shares were sold in their entirety.

Part VII, Page 2, line 23 "Southwest Airlines Co." shares were sold in their entirety.

Mr. Ortrie D. Smith
June 13, 2008
Page Two

Part VII, Page 3, line 24 "Aviall Inc." shares were sold in their entirety.

Part VII, Page 3, line 25 "Int'l Speedway Corp." shares were sold in their entirety.

Part VII, Page 3, line 26 "Lazard" was a partial sale.

Part VII, Page 3, line 27 "Time Warner" shares were sold in their entirety.

Thank you very much.

Sincerely,



Wayne R. Andersen

WRA/ajc
Enclosures

| AO 10 |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ANDERSEN, WAYNE R | U.S. DISTRICT COURT, NDIL | 06/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 South Dearborn Street <br> Suite 1486 <br> Chicago, Illinois 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Rehabilitation Institute of Chicago |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 18 A 10: 31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Year 2007 | ██████████████████ salary. (See attached letter.) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Illinois | April 23-24, 2007 | Champaign, Urbana | Symposium | Hotel and lunch |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 06/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club, Chicago, IL | I am a member of this club. The privilege is available to any federal judge. I pay | |
| 2. | | $70.00 per month in dues and pay for all purchases, such as meals. Monthly dues for | |
| 3. | | regular members are $235.00. | $ 2,820.00 |
| 4. | Buckingham Club, Chicago, IL | I am an honorary member of this club, otherwise my monthly dues would be $170.00. | |
| 5. | | I pay for all purchases, such as meals. | $ 2000.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account Glenview State Bank | A | Interest | J | T | | | | | |
| 2. Checking account Chase Bank/formerly Bank One | A | Interest | J | T | | | | | |
| 3. West Point Bank Checking Account | A | Interest | J | T | | | | | |
| 4. IL. Judges Retirement System Pension Vested | E | Distribution | K | T | | | | | |
| 5. IL. Judges Retirement System Pension Vested | | None | J | T | | | | | |
| 6. IL. State Employees Retirement Vested | C | Distribution | J | T | | | | | |
| 7. U.S. Savings Bond | | None | L | T | | | | | |
| 8. US Savings Bond | | None | J | T | | | | | |
| 9. Northwestern Mutual Life Policies | | None | K | T | | | | | |
| 10. Deferred compensation, State of IL | | None | M | T | | | | | |
| 11. Adobe Systems Inc. | D | Int./Div. | K | T | | | | | |
| 12. Aercap Holdings NV SHS | | None | J | T | Buy | 08/08 | J | | |
| 13. Amdocs Ltd (Y) | | None | | | Sold | 03/08 | K | | |
| 14. Archer Daniels Midland Co. | | None | K | T | Buy | 03/20 | K | | |
| 15. AT&T Inc. | A | Int./Div. | K | T | Buy | 10/25 | K | | |
| 16. Barclays PLC ADR | | None | | | Sold | 09/11 | J | | |
| 17. Barclays PLC ADR | B | Int./Div. | | | Sold | 9/11 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BJ Services Company (Y) | | None | | | Sold | 04/25 | K | | |
| 19. BJ Services Company (Y) | | None | | | Sold | 04/25 | J | | |
| 20. Citadel Broadcasting Corp | A | Int./Div. | | | Sold | 10/17 | J | A | |
| 21. Corning Inc. | A | Int./Div. | K | T | Buy | 09/05 | K | | |
| 22. Crocs, Inc. | D | Int./Div. | | | Sold | 11/02 | J | D | |
| 23. Crocs, Inc. | C | Int./Div. | | | Sold | 07/09 | J | C | |
| 24. Crocs, Inc. | D | Int./Div. | | | Sold | 06/13 | J | D | |
| 25. Crocs Inc. | C | Int./Div. | | | Sold | 05/10 | J | C | |
| 26. EMC Corp. MASS | A | Int./Div. | K | T | | | | | |
| 27. EMC Corp. MASS | A | Int./Div. | J | T | Buy | 06/20 | J | | |
| 28. EMC Corp. MASS | A | Int./Div. | J | T | Buy | 08/14 | J | | |
| 29. Forest Laboratories (Y) | | None | K | T | Buy | 12/03 | K | | |
| 30. Garmin Ltd | D | Int./Div. | J | T | Buy | 4/16 | J | | |
| 31. Garmin Ltd. | D | Int./Div. | | | Sold | 11/08 | K | D | |
| 32. Garmin Ltd. | B | Int./Div. | J | T | Buy | 4/16 | J | | |
| 33. Garmin Ltd. | B | Int./Div. | | | Sold | 8/6 | J | B | |
| 34. Garmin Ltd. | C | Int./Div. | J | T | Buy | 04/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Garmin Ltd. | C | Int./Div. | | | Sold | 08/01 | J | C | |
| 36. General Electrric | C | Int./Div. | K | T | | | | | |
| 37. Gilead Sciences Inc. | C | Int./Div. | K | T | Buy | 07/12 | K | | |
| 38. Hershey (Y) | | None | | | Sold | 10/26 | K | | |
| 39. Intl Paper Co. (Y) | | None | K | T | | | K | | |
| 40. Jones Lang LaSalle Inc. | D | Int./Div. | K | T | | | | | |
| 41. Jones Lang LaSalle, Inc. | E | Int./Div. | K | T | Partial Sale | 10/30 | K | E | |
| 42. Lazard LTD CLA MLP | D | Int./Div. | K | T | | | | | |
| 43. Life Time Fitness Inc. | | None | J | T | Buy | 6/22 | J | | |
| 44. Marsh & McLennan Cos Inc. | A | Int./Div. | K | T | Buy | 01/23 | K | | |
| 45. Marsh & McLennan Cos Inc. (Y) | | None | | | Sold | 08/13 | K | | |
| 46. McData* | | None | J | T | | | | | |
| 47. McDonalds Corp. | D | Int./Div. | K | T | | | | | |
| 48. Medtronics Inc. | A | Int./Div. | | | Sold | 04/17 | K | | |
| 49. MEMC Electronic Materials Inc. | C | Int./Div. | J | T | Buy | 03/27 | K | | |
| 50. MEMC Electronic Materials Inc. | D | Int./Div. | K | T | Buy | 04/27 | K | | |
| 51. MEMC Electronic Materials Inc. | C | Int./Div. | | | Partial Sale | 12/20 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft Corp. | A | Int./Div. | K | T | Buy | 10/30 | K | | |
| 53. Nat'l Bank Greece SA Spon ADR | D | Int./Div. | K | T | | | | | |
| 54. Nat'l Bank Greece SA Spon Adr | B | Int./Div. | K | T | Buy | 07/12 | K | | |
| 55. Nuveen Investments Inc. Cash Merger A/O 11/2007 CL A | D | Int./Div. | | | Sold | 11/14 | J | D | |
| 56. Nuveen Investments Inc. Cash Merger A/O 11/2007 CL A | E | Int./Div. | | | Sold | 11/14 | L | E | |
| 57. Procter & Gamble Co. | D | Int./Div. | K | T | | | | | |
| 58. Starbucks | E | Int./Div. | | | Sold | 02/08 | K | E | |
| 59. Stericycle Inc. | E | Int./Div. | L | T | | | | | |
| 60. Syngenta AG Spon ADR | E | Int./Div. | K | T | | | | | |
| 61. Univision Communications Cash Merger S/O 03/07 | C | Int./Div. | | | Sold | 03/19 | K | C | |
| 62. US Bancorp Del (NEW) | E | Int./Div. | | | Sold | 01/04 | K | E | |
| 63. Walt Disney Co. (Holding Co.) Disney com | D | Int./Div. | K | T | | | | | |
| 64. Warner Chilcott Ltd CL A | B | Int./Div. | J | T | Buy | 05/10 | J | | |
| 65. Western Union Co. | B | Int./Div. | | | Sold | 05/01 | K | B | |
| 66. Zimmer Holdings Inc. (Y) | | None | J | T | | | | | |
| 67. American Century 20th Mutual Funds [The Ultra Fund] | A | Dividend | M | T | | | | | |
| 68. Anheuser Busch common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Janus Mutual Funds [The Overseas Fund] | A | Dividend | L | T | | | | | |
| 70. Bank of America (formerly MBNA) | C | Dividend | M | T | | | | | |
| 71. Service Master Corp. (Sold due to merger) (Y) | D | Dividend | | | Sold | 07/26 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 06/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

USBS Financial Services, Inc. is the custodian of my IRA account. UBS Financial Services, Inc. and Smith Moore & Company invest cash on hand in accounts held in their name in money market funds, which we believe, they choose and manage.

* McData was exchanged for Brocade Commuinications Systems, Inc. in lieu of cash on 1/30/08.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 | FINANCIAL DISCLOSURE REPORT | *Report Required by the Ethics* |
| Rev. 1/2008 | FOR CALENDAR YEAR 2007 | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ANDERSEN, WAYNE R | U.S. DISTRICT COURT, NDIL | 04/16/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE | ☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2007<br>to<br>12/31/2007 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 South Dearborn Street<br>Suite 1486<br>Chicago, Illinois 60604 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Si~~....~~*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Rehabilitation Institute of Chicago |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 04/16/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Year 2007 | ▮▮▮▮▮▮▮▮▮▮ salary. (See attached letter.) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Court funds | Sept. 17-18, 2007 | Washington, D.C. | US Judicial Conference | Transportation, meals |
| 2. | Court funds | March 12-14, 2007 | Washington, D.C. | US Judicial Conference | Transportation, meals |
| 3. | University of Illinois | April 23-24, 2007 | Champaign, Urbana | Symposium 'The Ethics of | |
| 4. | | | | Government' | Hotel, lunch |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club, Chicago, IL | I am a member of this club. The privilege is available to any federal judge. I pay | |
| 2. | | $70.00 per month in dues and pay for all purchases, such as meals. Monthly dues for | |
| 3. | | regular members are $235.00. | $ 2,820.00 |
| 4. | Buckingham Club, Chicago, IL | I am an honorary member of this club, otherwise my monthly dues would be $170.00. | |
| 5. | | I pay for all purchases, such as meals. | $ 2000.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Checking account Glenview State Bank | A | Interest | J | T | | | | | |
| 2.  Checking account Chase Bank/formerly Bank One | A | Interest | J | T | | | | | |
| 3.  West Point Bank Checking Account | A | Interest | J | T | | | | | |
| 4.  IL. Judges Retirement System Pension Vested | E | Distribution | K | T | | | | | |
| 5.  IL. Judges Retirement System Pension Vested | | None | J | T | | | | | |
| 6.  IL. State Employees Retirement Vested | C | Distribution | J | T | | | | | |
| 7.  U.S. Savings Bond | | None | L | T | | | | | |
| 8.  US Savings Bond | | None | J | T | | | | | |
| 9.  Northwestern Mutual Life Policies | | None | K | T | | | | | |
| 10.  Deferred compensation, State of IL | | None | M | T | | | | | |
| 11.  Adobe Systems Inc. | D | Int./Div. | K | T | | | | | |
| 12.  Aercap Holdings NV SHS | | None | J | T | Buy | 08/08 | J | | |
| 13.  Amdocs Ltd (Y) | | None | | | Sell | 03/08 | K | | |
| 14.  Archer Daniels Midland Co. | | None | K | T | Buy | 03/20 | K | | |
| 15.  AT&T Inc. | A | Int./Div. | K | T | Buy | 10/25 | K | | |
| 16.  Barclays PLC ADR | | None | | | Sell | 09/11 | J | | |
| 17.  Barclays PLC ADR | B | Int./Div. | | | Sell | 9/11 | K | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,000 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. BJ Services Company (Y) | | None | | | Sell | 04/25 | K | | |
| 19. BJ Services Company (Y) | | None | | | Sell | 04/25 | J | | |
| 20. Citadel Broadcasting Corp | A | Int./Div. | | | Sell | 10/17 | J | A | |
| 21. Corning Inc. | A | Int./Div. | K | T | Buy | 09/05 | K | | |
| 22. Crocs, Inc. | D | Int./Div. | | | Sell | 11/02 | J | D | |
| 23. Crocs, Inc. | C | Int./Div. | | | Sell | 07/09 | J | C | |
| 24. Crocs, Inc. | D | Int./Div. | | | Sell | 06/13 | J | D | |
| 25. Crocs Inc. | C | Int./Div. | | | Sell | 05/10 | J | C | |
| 26. EMC Corp. MASS | A | Int./Div. | K | T | | | | | |
| 27. EMC Corp. MASS | A | Int./Div. | J | T | Buy | 06/20 | J | | |
| 28. EMC Corp. MASS | A | Int./Div. | J | T | Buy | 08/14 | J | | |
| 29. Forest Laboratories (Y) | | None | K | T | Buy | 12/03 | K | | |
| 30. Garmin Ltd | D | Int./Div. | J | T | Buy | 4/16 | J | | |
| 31. Garmin Ltd. | D | Int./Div. | | | Sell | 11/08 | K | D | |
| 32. Garmin Ltd. | B | Int./Div. | J | T | Buy | 4/16 | J | | |
| 33. Garmin Ltd. | B | Int./Div. | | | Sell | 8/6 | J | B | |
| 34. Garmin Ltd. | C | Int./Div. | J | T | Buy | 04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,000 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Garmin Ltd. | C | Int./Div. | | | Sell | 08/01 | J | C | |
| 36. General Electrric | C | Int./Div. | K | T | | | | | |
| 37. Gilead Sciences Inc. | C | Int./Div. | K | T | Buy | 07/12 | K | | |
| 38. Hershey (Y) | | None | | | Sell | 10/26 | K | | |
| 39. Intl Paper Co. (Y) | | None | K | T | | | K | | |
| 40. Jones Lang LaSalle Inc. | D | Int./Div. | K | T | | | | | |
| 41. Jones Lang LaSalle, Inc. | E | Int./Div. | K | T | PartSell | 10/30 | K | E | |
| 42. Lazard LTD CLA MLP | D | Int./Div. | K | T | | | | | |
| 43. Life Time Fitness Inc. | | None | J | T | Buy | 6/22 | J | | |
| 44. Marsh & McLennan Cos Inc. | A | Int./Div. | K | T | Buy | 01/23 | K | | |
| 45. Marsh & McLennan Cos Inc. (Y) | | None | | | Sell | 08/13 | K | | |
| 46. McDonalds Corp. | D | Int./Div. | K | T | | | | | |
| 47. Medtronics Inc. | A | Int./Div. | | | Sell | 04/17 | K | | |
| 48. MEMC Electronic Materials Inc. | C | Int./Div. | J | T | Buy | 03/27 | K | | |
| 49. MEMC Electronic Materials Inc. | D | Int./Div. | K | T | Buy | 04/27 | K | | |
| 50. MEMC Electronic Materials Inc. | C | Int./Div. | | | Sell | 12/20 | J | C | |
| 51. Microsoft Corp. | A | Int./Div. | K | T | Buy | 10/30 | K | | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nat'l Bank Greece SA Spon ADR | D | Int./Div. | K | T | | | | | |
| 53. Nat'l Bank Greece SA Spon Adr | B | Int./Div. | K | T | Buy | 07/12 | K | | |
| 54. Nuveen Investments Inc. Cash Merger A/O 11/2007 CL A | D | Int./Div. | | | Sell | 11/14 | J | D | |
| 55. Nuveen Investments Inc. Cash Merger A/O 11/2007 CL A | E | Int./Div. | | | Sell | 11/14 | L | E | |
| 56. Procter & Gamble Co. | D | Int./Div. | K | T | | | | | |
| 57. Starbucks | E | Int./Div. | | | Sell | 02/08 | K | E | |
| 58. Stericycle Inc. | E | Int./Div. | L | T | | | | | |
| 59. Syngenta AG Spon ADR | E | Int./Div. | K | T | | | | | |
| 60. Univision Communications Cash Merger S/O 03/07 | C | Int./Div. | | | Sell | 03/19 | K | C | |
| 61. US Bancorp Del (NEW) | E | Int./Div. | | | Sell | 01/04 | K | E | |
| 62. Walt Disney Co. (Holding Co.) Disney com | D | Int./Div. | K | T | | | | | |
| 63. Warner Chilcott Ltd CL A | B | Int./Div. | J | T | Buy | 05/10 | J | | |
| 64. Western Union Co. | B | Int./Div. | | | Sell | 05/01 | K | B | |
| 65. Zimmer Holdings Inc. (Y) | | None | J | T | | | | | |
| 66. American Century 20th Mutual Funds [The Ultra Fund] | A | Dividend | M | T | | | | | |
| 67. Anheuser Busch common stock | A | Dividend | K | T | | | | | |
| 68. Janus Mutual Funds [The Overseas Fund] | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Bank of America (formerly MBNA) | C | Dividend | M | T | | | | | |
| 70.   Service Master Corp. (Sold due to merger) (Y) | D | Dividend | | | Sell ████ | 07/26 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R | 04/16/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

USBS Financial Services, Inc. is the custodian of my IRA account. UBS Financial Services, Inc. and Smith Moore & Company invest cash on hand in accounts held in their name in money market funds, which we believe, they choose and manage.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544